

RE–SOURCE AMERICA, INC. and Re–Source America I.P., Inc., Plaintiffs–Appellees,

v.

AMERICAN RECYCLING AND MANU-FACTURING COMPANY, INC. (a New York Corporation) and American Recycling & Manufacturing Company, Inc. (a Florida Corporation), Defendants–Appellants.

No. 03–1196.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2003.

Before MAYER, Chief Judge, BRYSON and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

. *See* Fed. Cir. R. 36.